United States District Court
Southern District of Texas
**ENTERED**
May 10, 2022
Nathan Ochsner, Clerk

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

| | | |
|---|---|---|
| Mark Quirino, et al., | § | |
| Plaintiffs, | § | |
| | § | |
| v. | § | Civil Action No. H-21-3141 |
| | § | |
| Keystone RV Company, | § | |
| Defendant. | § | |

## ORDER

1. Having been advised the parties have settled, this case is dismissed with prejudice [ECF 14]

2. By June 10, 2022, the parties may move for reinstatement.

3. The court retains jurisdiction to enforce the settlement.

Signed at Houston, Texas, on May 10, 2022.

_____
Peter Bray
United States Magistrate Judge